UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRAVELERS CASUALTY AND
SURETY COMPANY,

    Plaintiff,

v.                                                  CASE NO: 8:03-cv-2548-T-23TGW

CITIBANK (SOUTH DAKOTA), N.A.,

    Defendant.
_____/

**ORDER**

    United States Magistrate Judge Thomas G. Wilson issues a report and recommendation (Doc. 70) on the defendant's motion (Doc. 30) for summary judgment. Magistrate Judge Wilson recommends denying summary judgment on the plaintiff's claim asserting negligence and granting summary judgment on the plaintiff's claims asserting conversion, unjust enrichment, and a violation of Florida Statute § 673.3061. Neither party objects to the recommendation that the Court grant the motion for summary judgment on the claims asserting conversion, unjust enrichment, and a violation of Florida Statute § 673.3061. The defendant objects (Doc. 72) to the recommendation that the Court deny the motion for summary judgment on the negligence claim.

    A review of the parties' memoranda on the motion for summary judgment, the Magistrate Judge's report and recommendation, and the defendant's objection reveals no error in the Magistrate Judge's assessment of the facts or application of law. The

defendant fails to demonstrate the "reasonable standards of fair dealing" required to establish the defendant's status as a holder in due course.  Accordingly, the defendants fails to meet the burden for summary judgment.  Accordingly, the defendant's objections (Doc. 72) are **OVERRULED**, and the Magistrate Judge's report and recommendation (Doc. 70) is **ADOPTED**.  The defendant's motion for summary judgment (Doc. 30) is **GRANTED IN PART** and **DENIED IN PART**.  The defendant's motion for summary judgment on the plaintiff's claims asserting unjust enrichment, conversion, and a violation of Florida Statute § 673.3061 is **GRANTED**.  The defendant's motion for summary judgment on the plaintiff's claim asserting negligence is **DENIED**.  The Clerk is directed to enter judgment in favor of the defendant and against the plaintiff on counts one, two, and four of the complaint.

ORDERED in Tampa, Florida, on November 17, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc: US Magistrate Judge
   Courtroom Deputy